# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN ALISON, et al.,<br><br>　　　　　Defendants. | 1:11-cv-01041-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 8) |

Plaintiff, Paul Samuel Johnson, ("Plaintiff"), a state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2011. On December 5, 2011, Plaintiff filed a motion seeking leave to amend to add an additional Defendant and lodge original documents with the Court. (Doc. 5.)

Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). Therefore, his motion is **GRANTED**. However, in his moving papers, Plaintiff names an additional defendant and provides the Court with documents and requests the Court incorporate the new defendant and documents into his original complaint.

The Court will not amend Plaintiff's complaint for him. If Plaintiff wishes to amend his original complaint, he is required to file a first amended complaint that is <u>complete within itself without reference to any other pleadings</u>. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220. Plaintiff is cautioned that if he intends to file a first amended complaint, the document must be complete within itself.

1

1 Further, as to Plaintiff's attempt to lodge original documents as "evidence" of his claim, Plaintiff is advised that the Court is not a depository for his evidence. Because the documents are unrelated to Plaintiff's motion to amend, the court will disregard the documents. This decision will not preclude Plaintiff from later introducing these documents, if appropriate and admissible, in response or in support of a motion or at trial. In addition, Plaintiff is advised it is sufficient to outline the factual allegations without providing supporting documentation.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to file a first amended complaint is **GRANTED**; and

2. The Clerk's Office shall provide Plaintiff a blank complaint form.

IT IS SO ORDERED.

Dated:   **December 12, 2011**             /s/ **Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE