IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>KATHLEEN ALISON, et al,<br><br>        Defendants. | Case No.: 1:11-cv-01041 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE THIS ACTION AND FOR FAILURE TO OBEY THE COURT'S ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2012, the Court dismissed Plaintiff's First Amended Complaint, but granted him 21 days to file an amended complaint. (Doc. 18).

    On April 24, 2012, instead of filing a Second Amended Complaint as the Court ordered, Plaintiff filed a "Response" to the Court's April 3, 2012 order. (Doc. 19). In his response, Plaintiff explains his dimly lit living conditions and generally complains about the mistreatment he receives from prison staff. (Id. at 2-10). Plaintiff's Response also states that he "will make the changes" ordered and "send them." (Id. at 2-10). Plaintiff apologizes for "making mistakes" in litigating this case and seems to relate those mistakes to his current physical and emotional ailments. (Id. at 1). Since Plaintiff does not explain that anything has prevented him from filing

the amended complaint within the 21 days initially ordered by the Court or indicate when he will send the amended complaint to the Court, this Court issues this Order to Show Cause.

Accordingly, it is HEREBY ORDERED that within FOURTEEN (14) days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. In addition, Plaintiff shall within the same FOURTEEN (14) day period file a Second Amended Complaint curing the deficiencies identified by the Court in its April 3, 2012 order. (Doc. 18). Plaintiff is firmly cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **April 26, 2012**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE