IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL SAMUEL JOHNSON, | Case No. 1:11-cv-01041 JLT (PC) |
|---|---|
| Plaintiff, | **ORDER DISREGARDING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| KATHLEEN ALISON, et al, | (Doc. 23). |
| Defendants. | |

On May 18, 2012, Plaintiff filed a Motion for Appointment of Counsel. This case, however, is closed. By order filed May 16, 2012, the Court entered a judgment dismissing Plaintiff's case without prejudice for failure to prosecute and failure to comply with the Court's orders. (Doc. 21 and 22.) No further filings will be accepted in this case.

IT IS SO ORDERED.

Dated:   **May 21, 2012**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE