IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALISON, et al,<br><br>　　　　Defendants. | Case No. 1:11-cv-01041 JLT (PC)<br><br>**ORDER VACATING ORDER DISMISSING COMPLAINT AND ORDER RE-OPENING CASE**<br>(Doc. 21 and 22).<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT**<br>(Doc. 25). |

Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 16, 2012, the Court entered a judgment dismissing Plaintiff's case without prejudice for failure to prosecute and failure to comply with the Court's orders. (Doc. 21 and 22). Specifically, the Court dismissed Plaintiff's case because he failed to timely respond to the Court's order to show cause and failed to timely file his amended complaint.

On May 21, 2012, this Court received the First Amended Complaint it had ordered Plaintiff to file previously. (Doc. 26). Plaintiff's pleading also included a letter explaining problems he had been experiencing with sending and receiving mail at the facility where he is currently housed. (Id.) Given Plaintiff's explanation and the dates the amended pleading was received, this Court will vacate its May 16, 2012 order dismissing Plaintiff's Complaint and the

Judgment entered the same date (Docs. 21 and 22) and direct the clerk of the court to re-open the case.

Plaintiff has also filed a motion for reconsideration which reiterates the problems he encountered with sending and receiving mail and asks the Court to reconsider its May 16, 2012 ruling. (Doc. 25). Given the Court's decision to re-open the case, Plaintiff's motion for reconsideration is moot. (Doc. 25). Once the case is re-opened, the Court will screen Plaintiff's amended complaint in due course.

Based upon the foregoing, it is HEREBY ORDERED:

1. The Order Dismissing Plaintiff Complaint issued May 16, 2012 is **VACATED**;
2. The Judgment Order Dismissing Plaintiff's case entered May 16, 2012 is **VACATED**;
3. Plaintiff's Motion for Reconsideration is **DENIED** as moot; and
4. The Clerk of the Court is directed to **RE-OPEN** the case.

IT IS SO ORDERED.

Dated:   **June 4, 2012**                         **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE