IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALISON, et al,<br><br>　　　　Defendants. | Case No. 1:11-cv-01041 JLT (PC)<br><br>**ORDER DISREGARDING MOTION FOR COPIES OF ENTIRE DOCKET**<br><br>(Docs. 37). |

　　　　Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 5, 2012, the Court entered a judgment dismissing Plaintiff's case for failure to keep the Court apprised on his current address.[1] (Doc. 34).

　　　　On September 28, 2012, Plaintiff filed a Motion for copies of the entire docket in this case and the other seven cases he is pursuing in federal court.  (Doc. 37).  Plaintiff is advised that the Clerk's office will provide copies of documents (in cases 2005 to present) and of the docket sheet at $.50 per page.  Checks in the exact amount are made payable to the "Clerk, USCD."  Plaintiff

---

[1] Plaintiff filed a letter with this Court on September 26, 2012 stating that he had previously provided a new address that the Court had not updated.  The Court can only act upon motions properly brought before this Court.  Since Plaintiff's letter was not styled as a motion, it is disregarded.  Furthermore, a review of the docket shows that Plaintiff had not filed any change of address form and had not informed the Court of his new address in Santa Rosa prior to September 26, 2012.

asks that these copies be provided free of charge, as he is indigent. However, in forma pauperis status does not include the cost of copies. Plaintiff may obtain the copies of his cases from Attorney's Diversified Services (ADS) in Fresno at 741 N. Fulton Street, Fresno CA 93728. Phone: 800-842-2695, Fax: 559-486-4419 or Voice Mail 559-233-1475. As set forth above, this case is closed and no further filings will be accepted.

IT IS SO ORDERED.

Dated:   **October 2, 2012**                             **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE